**FOR PUBLICATION**

```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS & ST. JOHN
```

ROBERT ADDIE, JORGE PEREZ and  )
JASON TAYLOR,                  )
                               )
          Plaintiffs,          )
                               )   Civil No. 2004-135
     v.                        )
                               )
CHRISTIAN KJAER, HELLE         )
BUNDGAARD, STEEN BUNDGAARD,    )
JOHN KNUD FÜRST, KIM FÜRST,    )
NINA FÜRST, PREMIER TITLE      )
COMPANY, INC., formerly known  )
as FIRST AMERICAN TITLE        )
COMPANY, INC., and KEVIN F.    )
D'AMOUR,                       )
                               )
          Defendants.          )
_____)

**ATTORNEYS:**

**Gregory H. Hodges, Esq.**
St. Thomas, U.S.V.I.
   *For the plaintiffs.*

**Carol G. Hurst, Esq.**
St. Thomas, U.S.V.I.
   *For defendants Christian Kjaer, Helle Bundgaard, Steen
   Bundgaard, John Knud Fürst, Kim Fürst, and Nina Fürst.*

**John K. Dema, Esq.**
St. Croix, U.S.V.I.
   *For defendant Premier Title Company Inc., formerly
   known as First American Title Company Inc.*

**Maria T. Hodge, Esq.**
St. Thomas, U.S.V.I.
   *For defendant Kevin F. D'Amour.*

<u>**ORDER**</u>

**GÓMEZ, C.J.**

   Defendants Kevin D'Amour and Premier Title Company, Inc.,

*Addie, et al. v. Kjaer, et al.*
Civil No. 2004-135
Order
Page 2

formerly known as First American Title Company, Inc., have filed objections to the Magistrate Judge's August 21, 2008, Order granting the motion of the plaintiffs in this matter to compel compliance with a May 12, 2008, Order of the Magistrate Judge requiring the production of certain documents.  For the reasons more fully stated in the Memorandum Opinion of even date, it is hereby

    **ORDERED** that the objections are **DISMISSED.**

                                        S\_____
                                           **CURTIS V. GÓMEZ**
                                              **Chief Judge**